570 A.2d 953

BERNARDSVILLE QUARRY, INC. v.
LAND RECOVERY, INC., ETC., ET AL.

October 10, 1989.

Petition for certification denied.

970 A.2d 953

LINDA LYMAN v. MARK LYMAN.

October 10, 1989.

Petition for certification denied.

570 A.2d 953

CARMEN LUTZ v. BIG RED PONTIAC–GMC TRUCK, INC.

October 10, 1989.

Petition for certification denied.

570 A.2d 954

STATE OF NEW JERSEY v. KENNETH P. BATISTA.

October 10, 1989.

Petition for certification denied.